**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| JUAN ROBERTO ALBINO, *Plaintiff-Appellant*, | No. 10-55702 |
| v. | D.C. No. 2:08-cv-03790-GAF-MLG |
| LEE BACA, Los Angeles County Sheriff; LOS ANGELES COUNTY, *Defendants-Appellees*. | ORDER |

Filed March 12, 2013

---

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.